### SPELL v. JOHNSON.

HILL, J.  The record in this case is quite voluminous, and a number of assignments of error are made in the amended motion for a new trial. We have given the entire record careful consideration, and have reached

the conclusion that no reversible error of law was committed on the trial. No good purpose would be served by dealing with the alleged grounds of error in detail; and it appearing that substantial justice has been done, and the verdict of the jury having the approval of the trial judge, we will not disturb his judgment in denying a new trial.

*Judgment affirmed. All the Justices concur.*
August 18, 1914.

Equitable petition. Before Judge Conyers. Appling superior court. April 26, 1913.

*James R. Grant* and *Alvin V. Sellers*, for plaintiff.

*W. W. Bennett, V. E. Padgett,* and *Bennet, Twitty & Reese,* for defendant.